**SO ORDERED.**

**SIGNED this 20 day of March, 2013.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| **BRYAN N. SODEN** | **12-1765-8-JRL** |
| **CATHERINE BRIDGET SODEN** | |
| **DEBTOR(S)** | **CHAPTER 13** |

### ORDER ALLOWING MOTION TO SURRENDER PROPERTY

This matter comes on to be heard upon motion by the Debtor(s) to surrender the following personal property:

1. Debtor's Personal Property:
   All personal property referenced in Proof of Claim Number 11 filed by Capital One, NA still in the possession of Debtors.
   Petition Value:     $300.00
   Secured Claim:     $1,287.06

The Trustee is directed to make no further disbursements to the secured creditor, Capital One, NA.

"End of Document"